UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITA GLOVER, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>COUNTY OF SAN MATEO, et al.,<br><br>　　　　Defendants. | Case No. 24-cv-08793-HSG<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

ORDER by Hon. Haywood S. Gilliam, Jr. SETTING a further case management conference on April 1, 2025 at 2:00 p.m.  The hearing will be held by Public Zoom Webinar.  All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/hsg.  All attorneys and pro se litigants appearing for the case management conference are required to join at least 15 minutes before the hearing to check in with the courtroom deputy and test internet, video, and audio capabilities.

**IT IS SO ORDERED.**

Dated:    3/18/2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
HAYWOOD S. GILLIAM, JR.
United States District Judge