Kevin E. Gilbert, Esq. (SBN: 209236)
kgilbert@ohhlegal.com
Carolyn M. Aguilar, Esq. (SBN: 289550)
caguilar@ohhlegal.com
**ORBACH HUFF & HENDERSON LLP**
6200 Stoneridge Mall Road, Suite 225
Pleasanton, CA 94588
Telephone: (510) 999-7908
Facsimile: (510) 999-7918

Attorneys for Defendants
CITY OF REDWOOD CITY and OFFICER ERICK CHAVEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| RITA GLOVER, an individual; ERNESTO VARGAS, an individual; and J.V., a minor, by and through his Guardian ad Litem, DANISHA BANKS,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN MATEO, a municipal corporation; CITY OF REDWOOD CITY, a municipal corporation; ERICK CHAVEZ, in his official capacity for the Redwood City Police Department; ALEJANDRO AVENDANO, in his official capacity for the San Mateo County Sheriff's Office; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.  24-cv-08793-HSG<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Stipulation and Order to Dismiss Entire Action With Prejudice [24-cv-08793-HSG]

**STIPULATION**

Plaintiffs RITA GLOVER, ERNESTO VARGAS, and J.V., a minor, by and through his Guardian ad Litem, DANISHA BANKS ("Plaintiffs"), and Defendants CITY OF REDWOOD CITY and OFFICER ERICK CHAVEZ ("City Defendants"), and Defendant COUNTY OF SAN MATEO ("County Defendant"), and ALEJANDRO AVENDANO ("Avendano") (collectively, "Parties"), by and through their respective counsel in the above-captioned matter, hereby stipulate, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that all claims and causes of action in this matter be dismissed with prejudice, with Plaintiffs, City Defendants, County Defendant, and Avendano to each bear their own attorneys' fees and costs.

**IT IS SO STIPULATED AND AGREED.**

Dated: February 18, 2026          **POINTER & BUELNA, LLP**

By:    /s/ Ty L. Clarke
          Adanté D. Pointer
          Patrick M. Buelna
          Ty L. Clarke
          Attorneys for Plaintiffs

Dated: February 18, 2026          **ORBACH HUFF & HENDERSON LLP**

By:    /s/ Kevin E. Gilbert
          Kevin E. Gilbert
          Attorney for Defendants
          CITY OF REDWOOD CITY and OFFICER ERICK
          CHAVEZ

Dated: February 18, 2026          **COUNTY OF SAN MATEO**

By:    
          JOHN D. NIBBELIN, COUNTY COUNSEL
          By: Paul S. Sheng, Deputy
          By: Candice Costa, Deputy
          Attorneys for Defendant
          COUNTY OF SAN MATEO

Dated: February 18, 2026          **MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP**

By:    /s/ Andrea Kornblau
          Eugene P. Ramirez
          Andrea Kornblau
          Khouloud Pearson
          Attorneys for Defendant
          ALEJANDRO AVENDANO

- 1 -

Stipulation and Order to Dismiss Entire Action With Prejudice [24-cv-08793-HSG]

**ORDER**

Pursuant to the Stipulation of the Parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY ORDERED that all claims and causes of action are DISMISSED WITH PREJUDICE, with Plaintiffs, City Defendants, County Defendant, and Avendano to each bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:    2/19/2026

HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

ORBACH HUFF & HENDERSON LLP

- 2 -

Stipulation and Order to Dismiss Entire Action With Prejudice [24-cv-08793-HSG]